## ATTACHMENT A
### Statement of Facts: Krystal Proctor

*The United States and the Defendant stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

Between at least in or about 2011 and continuing through at least in or about April 2013, in the District of Maryland and elsewhere, the Defendant, **Krystal Proctor ("PROCTOR")**, knowingly conspired, combined, confederated, and agreed with others to commit the offense of theft of public money.

During the course of this conspiracy, certain co-conspirators filed false federal income tax returns with the Internal Revenue Service (the "IRS") in the names of more than 10 individuals (each a "VICTIM," and collectively the "VICTIMS"), for the purpose of obtaining tax refunds to which those VICTIMS were not entitled. The fraudulent returns were filed using stolen names and Social Security Numbers of the VICTIMS. Each fraudulent return identified a VICTIM as the purported taxpayer, but then listed an address that was not, in fact, controlled by the VICTIM, and was instead controlled by a co-conspirator. Each fraudulent return made false claims about the VICTIM at issue, such as claiming that a VICTIM operated a Schedule C business and had income sufficient to generate a tax refund based on the Earned Income Tax Credit. Such returns also falsely claimed that VICTIMS had certain dependents who were not, in fact, their dependents. As a result of the false returns being filed, the IRS issued tax refunds in the form of U.S. Treasury checks made out to the VICTIMS, and then the IRS mailed those checks to the addresses listed on the returns.

**PROCTOR's** chief role in this conspiracy was to help negotiate (*i.e.*, cash) these fraudulently-obtained U.S. Treasury checks. She did this in two main ways.

First, from in or about 2011 through in or about May 2012, **PROCTOR** worked as a teller at a check cashing business located in Clinton, Maryland (the "BUSINESS"), and during that period used her position to negotiate fraudulently-obtained refund checks generated as part of the conspiracy. To conceal her criminal actions from the BUSINESS, **PROCTOR** entered false information in the BUSINESS's database, including processing fraudulently-obtained checks under the names and addresses of existing BUSINESS customers, rather than under the names of the checks' payees. For similar reasons, **PROCTOR** did not save images of the fraudulently-obtained checks in the BUSINESS's database, even though the BUSINESS required tellers to save images of all checks negotiated. As an example, on or about May 22, 2012, at the BUSINESS, **PROCTOR** negotiated a U.S. Treasury check in the amount of $4,480.49, which was an income tax refund made payable to Individual 1 and mailed to a Washington, D.C. address, based upon a false 2010 income tax return filed with the IRS in Individual 1's name.

1

Second, **PROCTOR** recruited another of the BUSINESS's tellers to join the conspiracy ("Co-Conspirator A"), and helped to coordinate that teller's negotiation of fraudulently-obtained checks. **PROCTOR** recruited Co-Conspirator A into the conspiracy in or around June 2012, when **PROCTOR** stopped working at the BUSINESS. After speaking with other members of the conspiracy, **PROCTOR** would contact Co-Conspirator A, usually by cell phone, and tell him/her other co-conspirators would be bringing fraudulently-obtained refund checks to the BUSINESS. **PROCTOR** directed Co-Conspirator A to negotiate those checks, and Co-Conspirator A did so. In addition, as instructed by **PROCTOR**, Co-Conspirator A took steps to conceal the conspiracy from the BUSINESS, including (i) processing fraudulently-obtained checks under the names and addresses of existing BUSINESS customers rather than names of the checks' payees, and (ii) deliberately failing to save images of the fraudulently-obtained checks. After Co-Conspirator A cashed such checks, **PROCTOR** would meet with and pay Co-Conspirator A for his/her work on behalf of the conspiracy.

Examples of the actions undertaken by **PROCTOR** and Co-Conspirator A in furtherance of this conspiracy include the following:

- On or about July 5, 2012, at the BUSINESS, Co-Conspirator A negotiated a U.S. Treasury check in the amount of $2,883.04, which was an income tax refund payable to a misspelled version of Individual 2's name and mailed to a Washington, D.C. address, based upon a false 2008 income tax return filed in Individual 2's name.

- On or about April 3, 2013, in Temple Hills, Maryland, **PROCTOR** paid Co-Conspirator A for negotiating fraudulently-obtained tax refund checks at the BUSINESS.

- On or about April 5, 2013, at the BUSINESS, Co-Conspirator A negotiated a U.S. Treasury check in the amount of $2,509.03, which was an income tax refund payable to Individual 3 and mailed to a Clinton, Maryland address, based upon a false 2009 income tax return filed in Individual 3's name.

- On or about April 8, 2013, at the BUSINESS, **PROCTOR** paid Co-Conspirator A for negotiating fraudulently-obtained checks at the BUSINESS.

- On or about April 11, 2013, in Temple Hills, Maryland, **PROCTOR** paid Co-Conspirator A for negotiating fraudulently-obtained checks at the BUSINESS.

- On or about April 12, 2013, at the BUSINESS, Co-Conspirator A negotiated a U.S. Treasury check in the amount of $4,894, which was an income tax refund payable to Individual 3 and mailed to a Clinton, Maryland address, based upon a false 2011 income tax return filed in Individual 3's name.

2

- On or about April 14, 2013, in Temple Hills, Maryland, **PROCTOR** paid Co-Conspirator A for negotiating fraudulently-obtained checks at the BUSINESS.

Between in or about 2011 through in or about April 2013, **PROCTOR** and Co-Conspirator A negotiated more than 100 fraudulently-obtained Treasury checks as part of the conspiracy described herein, with those checks totaling $566,261.98 in U.S. currency.

\* \* \*

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I acknowledge that it is true and correct.

10/31/17
Date

Krystal Proctor

I am Krystal Proctor's attorney. I have carefully reviewed every part of this Statement of Facts with her. To my knowledge, her decision to sign it is an informed and voluntary one.

10/31/2017
Date

Harry J. Trainor, Jr.

3